1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                          WESTERN DIVISION
11

| | |
|---|---|
| *In re: Vivendi Ticketing US LLC, d/b/a See Tickets Data Security Incident* | Lead Case No. 2:23-cv-07498<br><br>**[PROPOSED] ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. Cormac J. Carney |

   As stipulated by Plaintiffs Mandi Peterson, Scott Fitzgerald, Zachary Richmond, Tom Loughead, Mason Verderame, Katie Jezierny, Rian Bodner, Christopher Aragon, and Candice Zinner, and Defendant See Tickets, by and through their respective counsel, the deadline for Defendant to answer or otherwise respond to the Complaint is hereby extended from December 22, 2023, to February 16, 2024.

   **IT IS SO ORDERED.**

Dated:                                   By: _____
                                              Hon. Cormac J. Carney
                                              UNITED STATES DISTRICT JUDGE