UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| *In re: Vivendi Ticketing US LLC, d/b/a See Tickets Data Security Incident* | Lead Case No. 2:23-cv-07498-CJC-DFM<br><br>**ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. Cormac J. Carney |

As stipulated by Plaintiffs Mandi Peterson, Scott Fitzgerald, Zachary Richmond, Tom Loughead, Mason Verderame, Katie Jezierny, Rian Bodner, Christopher Aragon, and Candice Zinner, and Defendant See Tickets, by and through their respective counsel, the deadline for Defendant to answer or otherwise respond to the Complaint and all other dates are hereby vacated. Plaintiffs shall file their motion for preliminary approval of the settlement by April 26, 2024.

**IT IS SO ORDERED.**

Dated: March 29, 2024         By: _____
                                  Hon. Cormac J. Carney
                                  UNITED STATES DISTRICT JUDGE