# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| *In re: Vivendi Ticketing US LLC, d/b/a See Tickets Data Security Incident* | Lead Case No. 2:23-cv-07498-CJC-DFM<br><br>**ORDER TO MODIFY CASE SCHEDULE**<br><br>Judge: Hon. Cormac J. Carney |

As stipulated by Plaintiffs Mandi Peterson, Scott Fitzgerald, Zachary Richmond, Tom Loughead, Mason Verderame, Katie Jezierny, Rian Bodner, Christopher Aragon, and Candice Zinner, and Defendant See Tickets, by and through their respective counsel, Plaintiffs shall file their motion for preliminary approval of the settlement by May 10, 2024.

**IT IS SO ORDERED.**

Dated: April 25, 2024

_____
Hon. Cormac J. Carney
UNITED STATES DISTRICT JUDGE