**SIRI & GLIMSTAD LLP**
Kyle McLean (SBN #330580)
Email: kmclean@sirillp.com
Mason Barney (admitted *pro hac vice*)
Email: mbarney@sirillp.com
Tyler Bean (admitted *pro hac vice*)
Email: tbean@sirillp.com
745 Fifth Ave, Suite 500
New York, NY 10151
Telephone: 212-532-1091
Facsimile: 646-417-5967

Nicholas A. Migliaccio
Email: nmigliaccio@classlawdc.com
Jason S. Rathod
Email: jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
412 H. St. NE, Suite 302
Washington, DC 20002
Telephone: (202-470-3520
Facsimile: 202-800-2730

Kenneth Grunfeld
Email: grunfeld@kolawyers.com
**KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Telephone: 954-525-4100

*Attorneys for Plaintiffs and the Class*

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re: Vivendi Ticketing US LLC, d/b/a See Tickets Data Security Incident* | Lead Case No. 2:23-cv-07498<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**DATE:** June 17, 2024<br>**TIME:** 1:30 pm<br>**COURTROOM:** 9 B<br>**JUDGE:** Hon. Cormac J. Carney |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 17, 2024 at 1:30 p.m., or as soon thereafter as counsel may be heard, before the Honorable Cormac J. Carney, Ronald Reagan Federal Building and United States Courthouse, 411 West Fourth Street, Courtroom 9 B, Santa Ana, CA, 92701-4516, Plaintiffs will and hereby do move this Court, pursuant to Federal Rule of Civil Procedure 23, for an order granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement.

Plaintiffs base their Motion for Preliminary Approval of Class Action Settlement (their "Motion") on: this Notice; the Memorandum of Points and Authorities filed in support thereof; the Settlement Agreement and Release ("Settlement Agreement") and all exhibits attached thereto; the Declaration of Mason A. Barney in Support of Plaintiffs' Motion for Preliminary Approval of the Class Action Settlement; all other records and papers on file in this action; any oral argument on their Motion; and all other matters properly before the Court.

Plaintiffs seek an order pursuant to Federal Rule of Civil Procedure 23(b)(3) certifying the Settlement Class more fully described in the Settlement Agreement, filed concurrently herewith; preliminarily approving the settlement as fair, reasonable, and adequate; directing notice to be disseminated to the Settlement Class in the form and manner proposed by the parties as set forth in the Settlement Agreement and attached as Exhibits A and B thereto; appointing Kroll Settlement Administration LLC to serve as the Settlement Administrator; appointing Plaintiffs as Class Representatives and their attorneys as Class Counsel; and setting a hearing date and schedule for final approval of the settlement and consideration of Class Counsel's forthcoming motion for an award of fees, costs, expenses, and service awards.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place at the mediation held on March 11, 2024, and during discussions

1 pertaining to the settlement held at numerous times and on numerous dates
2 thereafter. Defendant does not oppose certification of the Settlement Class solely
3 for purposes of settlement.

4
5 DATED: May 24, 2024                        Respectfully Submitted,

6
                                              /s/ Mason A. Barney
7                                            Mason A. Barney (*pro hac vice*)
                                             Tyler Bean (admitted *pro hac vice)*
8                                            Kyle McLean (SBN #330580)
9                                            **SIRI & GLIMSTAD LLP**
                                             745 Fifth Ave, Suite 500
10                                           New York, NY 10151
                                             Telephone: 212-532-1091
11                                           Facsimile: 646-417-5967
12
13                                           Nicholas A. Migliaccio (*pro hac vice*)
14                                           Jason S. Rathod
                                             **MIGLIACCIO & RATHOD LLP**
15                                           412 H. St. NE, Ste. #302
16                                           Washington, D.C. 20002
                                             Telephone: 202-470-3520
17                                           Facsimile: 202-800-2730
18
19                                           Kenneth Grunfeld (*pro hac vice*)
                                             **KOPELOWITZ OSTROW FERGUSON**
20                                           **WEISELBERG GILBERT**
21                                           One West Las Olas Blvd., Suite 500
                                             Fort Lauderdale, Florida 33301
22                                           Telephone: 954-525-4100
23                                           Facsimile: 954-525-4300
24
25                                           *Attorneys for Plaintiffs and*
26                                           *the Proposed Classes*
27
28