# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Vivendi Ticketing US LLC, d/b/a See Tickets Data Security Incident* | Lead Case No. 2:23-cv-07498-MWF<br><br>**ORDER TO SET FINAL APPROVAL HEARING DATE**<br><br>Judge: Hon. Michael W. Fitzgerald |

The Court, having reviewed the parties' Stipulation (Docket No. 42) requesting the Final Approval Hearing be held on Monday, December 16, 2024, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Final Approval Hearing will be noticed for hearing on Monday, December 16, 2024, at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: July 5, 2024

MICHAEL W. FITZGERALD
United States District Judge

-1-