Kyle McLean (SBN 330580)
kmclean@sirillp.com
Mason Barney (*pro hac vice*)
mbarney@sirillp.com
Tyler Bean (*pro hac vice*)
tbean@sirillp.com
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (213) 376-3739

Nicholas A. Migliaccio (*pro hac vice*)
nmigliaccio@classlawdc.com
Jason S. Rathod
jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, Suite 302
Washington, DC, 20002
Tel: (202) 470-3520

Kenneth Grunfeld (*pro hac vice*)
grunfeld@kolawyers.com
**KOPELOWITIZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100

*Co-Lead Counsel for the Proposed Class*

# THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*In re: Vivendi Ticketing US LLC, d/b/a See Tickets Data Security Incident*

Lead Case No. 2:23-cv-07498-MWF (DFMx)

**PLAINTIFFS' NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS**

Date: December 16, 2024
Time: 10:00 a.m.
Courtroom: 5A

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 16, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Michael W. Fitzgerald, at First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, California 90012, Plaintiffs will and hereby do move this Court for an Order pursuant to Rules 23(h) of the Federal Rules of Civil Procedure granting Plaintiffs' Motion for an Award of Attorneys' Fees and Costs, and Service Awards.

Plaintiffs base their Motion for an Award of Attorneys' Fees and Costs, and Service Awards (the "Motion") on (a) this Notice; (b) the Memorandum filed in support thereof; (c) the Class Action Settlement Agreement and Release ("Settlement Agreement") and all exhibits attached thereto; (d) the Joint Declaration of Tyler Bean, Nicholas A. Migliaccio, and Kenneth Grunfeld in Support of Plaintiffs' Motion for an Award of Attorneys' Fees and Costs, and Service Awards; (e) the Declarations of Tyler Bean, Nicholas A. Migliaccio, Kenneth Grunfeld, Marc Edelson, Robert Mackey, and John Nelson; (f) all other records and papers on file in

- 2 -

PLAINTIFFS' NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES, EXPENSES, AND SERVICE AWARDS

this action; (g) any oral argument on the Motion; and (h) all other matters properly before the Court.

Dated: September 12, 2024.

*/s/ Kyle McLean*
Kyle McLean (SBN 330580)
kmclean@sirillp.com
Tyler Bean (*pro hac vice*)
tbean@sirillp.com
Mason Barney (*pro hac vice*)
mbarney@sirillp.com
**SIRI & GLIMSTAD** LLP
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (213) 376-3739

Nicholas A. Migliaccio (*pro hac vice*)
nmigliaccio@classlawdc.com
Jason S. Rathod
jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, Suite 302
Washington, DC, 20002
Tel: (202) 470-3520

Kenneth Grunfeld (*pro hac vice*)
grunfeld@kolawyers.com
**KOPELOWITIZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100

*Co-Counsel for the Proposed Class*