Kyle McLean (SBN 330580)
kmclean@sirillp.com
Tyler Bean (*pro hac vice*)
tbean@sirillp.com
Mason Barney (*pro hac vice*)
mbarney@sirillp.com
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (213) 376-3739

Nicholas A. Migliaccio (*pro hac vice*)
nmigliaccio@classlawdc.com
Jason S. Rathod (*pro hac vice*)
jrathod@classlawdc.com
**MIGLIACCIO & RATHOD LLP**
412 H Street NE, Suite 302
Washington, DC, 20002
Tel: (202) 470-3520

Kristen Lake Cardoso (SBN 338762)
cardoso@kolawyers.com
Jeff Ostrow (pro hac vice)
ostrow@kolawyers.com
Kenneth Grunfeld (*pro hac vice*)
grunfeld@kolawyers.com
**KOPELOWITIZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
Tel: (954) 525-4100

*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re: Vivendi Ticketing US LLC, d/b/a See Tickets Data Security Incident** | Lead Case No. 2:23-cv-07498-MWF (DFM)<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>DATE: December 16, 2024<br>TIME: 10:00 a.m.<br>COURTROOM: 5A<br>JUDGE: Hon. Michael W. Fitzgerald |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on December 16, 2024, at 10:00 a.m., or as soon thereafter as counsel may be heard, before the Honorable Michael W. Fitzgerald, at First Street Courthouse, 350 West First Street, Courtroom 5A, Los Angeles, California 90012, Plaintiffs will and hereby do move this Court for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure granting Plaintiffs' Motion for Final Approval of Class Action Settlement.

Plaintiffs base their Motion for Final Approval of Class Action Settlement (the "Motion") on (a) this Notice; (b) the Memorandum of Points and Authorities filed in support thereof; (c) the Class Action Settlement Agreement and Release ("Settlement Agreement") and all exhibits attached thereto (Dkt. No. 39-2); (d) the Declaration of Mason A. Barney in Support of Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 39-1); (e) the Supplemental

1  Declaration of Scott M. Fenwick Regarding Settlement Administration; (f) all other
2  records and papers on file in this action; (g) any oral argument on the Motion; and
3  (h) all other matters properly before the Court.
4      Plaintiffs respectfully request that the Court grant the relief requested in the
5  [Proposed] Final Approval Order and Judgment submitted herewith.
6      This Motion is made following the conference of counsel pursuant to L.R. 7-
7  3 which took place at the mediation on March 11, 2024, and at numerous times and
8  on numerous dates thereafter.

Dated: November 18, 2024                  **SIRI & GLIMSTAD LLP**

*/s/ Kyle McLean*
Kyle McLean (SBN 330580)
kmclean@sirillp.com
Tyler Bean (*pro hac vice*)
tbean@sirillp.com
Mason Barney (*pro hac vice*)
mbarney@sirillp.com
**SIRI & GLIMSTAD LLP**
700 S. Flower Street, Suite 1000
Los Angeles, CA 90017
Tel: (213) 376-3739

Nicholas A. Migliaccio (*pro hac vice*)
Jason S. Rathod (*pro hac vice*)
**MIGLIACCIO & RATHOD LLP**
412 H St. NE, Suite 302
Washington, D.C. 20002
nmigliaccio@classlawdc.com
jrathod@classlawdc.com
Tel: (202) 470-3520
Fax: (202) 800-2730

Kristen Lake Cardoso (SBN 338762)
cardoso@kolawyers.com

3

|    |    |
|----|----|
| 1  | Jeff Ostrow (*pro hac vice*) |
| 2  | ostrow@kolawyers.com |
|    | Kenneth Grunfeld (*pro hac vice*) |
| 3  | grunfeld@kolawyers.com |
| 4  | **KOPELOWITIZ OSTROW P.A.** |
|    | One West Las Olas Blvd., Suite 500 |
| 5  | Fort Lauderdale, FL 33301 |
| 6  | Tel: (954) 525-4100 |
|    | Interim Co-Lead Class Counsel |

John J. Nelson (SBN 317598)
jnelson@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverly Hills, CA 90212
Tel: (858) 209-6941

Marc H. Edelson
medelson@edelson-law.com
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300
Newtown, PA 18940
Tel: (215) 867-2399

Robert Mackey, Esq. (SBN 125961)
bobmackeyesq@aol.com
**LAW OFFICES OF ROBERT MACKEY**
660 Baker Street
Building A, Suite 201
Costa Mesa, CA 92626
Tel. (412) 370-9110

*Additional Plaintiffs' Counsel*